# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, FOR BCAP TRUST LLC2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2,**
Appellant,

v.

**SUNSET SQUARE CONDOMINIUM ASSOCIATION, INC., ET AL.,**
Appellee.

No. 4D18-3054

[May 29, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE16-012635.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellant.

Jerome L. Tepps of Jerome L. Tepps, P.A., Sunrise, for appellee.

### *On Confession of Error*

PER CURIAM.

The bank appeals from an involuntary dismissal of its foreclosure action after trial. The property owner has confessed error in the trial court's dismissal. We therefore reverse and remand the case for entry of a final judgment of foreclosure.

*Reversed and Remanded.*

GERBER, C.J., TAYLOR and MAY, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*